## MICHAEL E. GRECI ET AL. *v.* THOMAS J. PARKS

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 28949) is denied.

ROGERS, C. J., and PALMER, J., did not participate in the consideration or decision of this petition.

*Juri E. Taalman*, in support of the petition.

Decided January 23, 2008

## STATE OF CONNECTICUT *v.* ABRAHM HANNAH

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 710 (AC 27414), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Sarah Hanna*, deputy assistant state's attorney, in opposition.